**John Stellwagen,** OSB No. 070758
jstellwagen@osba.org
**Benjamin Becker,** OSB No. 103358
bbecker@osba.org
OREGON SCHOOL BOARDS ASSOCIATION
P.O. Box 1068
Salem, OR 97308
(503) 588-2800
Facsimile: (503) 485-1831
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RANDY ANDERSON, as guardian ad litem for WHITNEY ANDERSON, and JOHN NICOLAZZI, as guardian ad litem for CELINA NICOLAZZI, individually and on behalf of all those similarly situated,**<br><br>     Plaintiffs,<br><br>          v.<br><br>**SEASIDE SCHOOL DISTRICT 10, ATHLETIC DIRECTOR JASON BOYD, MARK TRUAX, STEVE PHILLIPS, NANCY HAUGER, TOM MALTMAN, LARRY PETERSON, DAVID ROBINSON, LYNN ULBRICHT,**<br><br>     Defendants. | CASE NO. 3:12-CV-01620-ST<br><br>**AGREED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

Defendants' motion to dismiss is granted. Plaintiff has 15 days to file an amended complaint from the entry of the order. It is hereby agreed:

///

Page 1 - AGREED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

OREGON SCHOOL BOARDS ASSOCIATION          PAUL B. MEADOWBROOK, P.C.

s/ John Stellwagen                                      s/ Paul B. Meadobrook
John Stellwagen, OSB No. 070758           Paul B. Meadowbrook, OSB No. 793226
Attorney for Defendants                      Attorney for Plaintiff

IT IS ORDERED: Defendants' motion is granted and Plaintiffs' claims will be dismissed

in their entirety without prejudice. Plaintiff has 15 days from entry of this order to file an

amended complaint.

Dated this _____ day of February 2013.

Magistrate Judge Janice M. Stewart