**John Stellwagen,** OSB No. 070758
jstellwagen@osba.org
**Benjamin Becker,** OSB No. 103358
bbecker@osba.org
OREGON SCHOOL BOARDS ASSOCIATION
P.O. Box 1068
Salem, OR 97308
(503) 588-2800
Facsimile: (503) 485-1831
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RANDY ANDERSON,** as guardian ad litem for **WHITNEY ANDERSON,** and **JOHN NICOLAZZI,** as guardian ad litem for **CELINA NICOLAZZI,** individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SEASIDE SCHOOL DISTRICT 10, ATHLETIC DIRECTOR JASON BOYD, MARK TRUAX, STEVE PHILLIPS, NANCY HAUGER, TOM MALTMAN, LARRY PETERSON, DAVID ROBINSON, LYNN ULBRICHT,**<br><br>Defendants. | CASE NO. 3:12-CV-01620-ST<br><br>AGREED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

Defendants' motion to dismiss is granted. Plaintiff has 15 days to file an amended complaint from the entry of the order. It is hereby agreed:

///

Page 1 - AGREED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| OREGON SCHOOL BOARDS ASSOCIATION | PAUL B. MEADOWBROOK, P.C. |
| s/ John Stellwagen | s/ Paul B. Meadobrook |
| John Stellwagen, OSB No. 070758 | Paul B. Meadowbrook, OSB No. 793226 |
| Attorney for Defendants | Attorney for Plaintiff |

IT IS ORDERED: Defendants' motion is granted and Plaintiffs' claims will be dismissed in their entirety without prejudice. Plaintiff has 15 days from entry of this order to file an amended complaint.

Dated this 5th day of February 2013.

Magistrate Judge Janice M. Stewart